# APPENDIX I

# EXHIBIT A

# Use of Guidelines and Specific Offense Characteristics Guideline Calculation Based

## Fiscal Year 2021



## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS[1]
### Guideline Calculation Based
### Fiscal Year 2021

| Guideline and SOC | Applied[2] | Percent[3] |
|---|---|---|
| §2G2.2 Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, Soliciting, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor | 1,285 | 2.2 |
| (a)(1) Defendant convicted of 18 U.S.C. § 1466A(b), § 2252(a)(4), § 2252A(a)(5), or § 2252A(a)(7) (Base offense level 18) | 554 | 43.1 |
| (a)(2) Otherwise (Base offense level 22) | 731 | 56.9 |
| Chapter 2 Specific Offense Characteristic Adjustments | 1,280 | 99.6 |
| (b)(1) If subsection (a)(2) applies and the defendant's conduct was limited to the receipt or solicitation of material involving the sexual exploitation of a minor and the material was not distributed (2 level decrease) | 148 | 11.5 |
| (b)(2) Minor less than 12 years of age or prepubescent minor (2 levels) | 1,214 | 94.5 |
| (b)(3)(A) Involved distribution for pecuniary gain (Not less than 5 levels) | 9 | 0.7 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $40,000 (6 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $95,000 (8 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $150,000 (10 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $250,000 (12 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $550,000 (14 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $1,500,000 (16 levels) | 1 | 0.1 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $3,500,000 (18 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $9,500,000 (20 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $25,000,000 (22 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $65,000,000 (24 levels) | 0 | 0.0 |

## USE OF GUIDELINES AND SPECIFIC OFFENSE CHARACTERISTICS[1]
### Guideline Calculation Based
### Fiscal Year 2021

| Guideline and SOC | Applied[2] | Percent[3] |
|---|---|---|
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $150,000,000 (26 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $250,000,000 (28 levels) | 0 | 0.0 |
| (b)(3)(A) Involved distribution for pecuniary gain, loss more than $550,000,000 (30 levels) | 0 | 0.0 |
| (b)(3)(B) Defendant distributed in exchange for thing of value, but not for pecuniary gain (5 levels) | 140 | 10.9 |
| (b)(3)(C) Offense involved distribution to a minor (5 levels) | 12 | 0.9 |
| (b)(3)(D) Offense involved distribution to a minor to induce the minor to engage in any illegal activity other than covered under subdivision (E) (6 levels) | 5 | 0.4 |
| (b)(3)(E) Offense involved distribution to a minor to facilitate travel of the minor to engage in prohibited sexual contact (7 levels) | 9 | 0.7 |
| (b)(3)(F) Offense involved distribution other than in (b)(3)(A)-(E) (2 levels) | 497 | 38.7 |
| (b)(4)(A) Involved material that portrays sadistic or masochistic conduct or other forms of violence depicted (4 levels) | 755 | 58.8 |
| (b)(4)(B) Sexual abuse or exploitation of an infant or toddler depicted (4 levels) | 296 | 23.0 |
| (b)(5) Defendant engaged in a pattern of activity involving the sexual exploitation of a minor (5 levels) | 214 | 16.7 |
| (b)(6) Computer used for transmission/possession/accessing of the material (2 levels) | 1,235 | 96.1 |
| (b)(7)(A) Offense involved at least 10 images, but fewer than 150 (2 levels) | 129 | 10.0 |
| (b)(7)(B) Offense involved at least 150 images, but fewer than 300 (3 levels) | 70 | 5.4 |
| (b)(7)(C) Offense involved at least 300 images, but fewer than 600 (4 levels) | 72 | 5.6 |
| (b)(7)(D) Offense involved 600 images or more (5 levels) | 940 | 73.2 |