# EXHIBIT B

Doc # 2022308132, OR BK 20533 Page 141, Number Pages: 1
Recorded 12/21/2022 08:58 AM, JODY PHILLIPS CLERK CIRCUIT COURT DUVAL COUNTY

Case 3:22-cr-00106-MMH-LLL   Document 54-3   Filed 10/06/23   Page 2 of 2 PageID 6499

Filing # 163387032 E-Filed 12/20/2022 12:29:22 PM

IN THE COUNTY COURT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 2022-CC-14631
DIVISION: P

KARYA MANAGEMENT AS MANAGER
FOR SHORE HOUSE APTS.,

        Plaintiff,

-VS-

JOSHUA BROWN,

        Defendant(s).
_____/

## FINAL JUDGMENT OF EVICTION

THIS CAUSE came before the court upon the Complaint filed by the Plaintiff for the removal of the Defendant(s) as tenant(s) from the hereinafter described premises and it is appearing that the Defendant(s) was (were) duly served with process as required by law and it is appearing that the Plaintiff is entitled to judgment, it is now

ORDERED AND ADJUDGED:

That judgment be and is hereby entered against the Defendant(s) herein, and that the Plaintiff have and recover of and from the Defendant(s) possession of the premises described in its Complaint herein, vis: those certain premises situated in the city of Jacksonville, Duval County, Florida known and described as:

    401 CENTURY 21 DRIVE #F22,
    JACKSONVILLE, FLORIDA, 32216

for all of which let Writ of Possession issue *forthwith*.

DONE AND ORDERED in chambers at Jacksonville, Duval County, Florida on this 20 day of December, 2022.

                                          _____
                                          County Judge

Copies to:
Dale G. Westling Sr., Esquire, pleadings@dalewestling.com
JOSHUA BROWN, 401 CENTURY 21 DRIVE #F22, JACKSONVILLE, FLORIDA, 32216