# EXHIBIT E

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 3:20-cr-13(S1)-BJD-PDB |
| v | USM Number: 73259-018 |
| REECE CHRISTOPHER DEPEW | Jeremy Lasnetski, Esq. (CJA)<br>121 W. Forsyth St.<br>Suite 520<br>Jacksonville, FL 32202 |

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Superseding Information. The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2252(a)(4)(B), 18 U.S.C. § 2252(b)(2) | Possession of Child Pornography | January 2020 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The original Indictment is dismissed on the motion of the United States pursuant to the Plea Agreement.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 20, 2023

_____
BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

April 21st, 2023

Reece Christopher Depew
3:20-cr-13(S1)-BJD-PDB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **FIFTY-SEVEN (57) MONTHS**, however, Defendant shall receive credit for the time he has previously served. Additionally, the Court requests that the BOP allow Defendant to serve the remainder of his sentence in the Skills Program (Residential) at either FCI Danbury or FCI Coleman. Further, the Court requests that the defendant serve his last six (6) months of imprisonment in a residential re-entry center.

The Court makes the following recommendations to the Bureau of Prisons:

- While in BOP custody (Skills Program (Residential) and Residential Reentry Center), the Court recommends that any program Defendant enrolls in be designed to improve the adjustment of persons who have intellectual and social impairments because of lower IQs, neurological deficits from acquired brain damage, autism spectrum disorder and/or remarkable social skill deficits which make them more likely to be victimized and/or manipulated by more sophisticated persons.
- Defendant be placed in the Skills Program (Residential) at FCI Danbury.
- Defendant be placed at a Residential Reentry Center as close as possible to Jacksonville, Florida.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy United States Marshal

AO245B (Rev. 09/19) Judgment in a Criminal Case

Reece Christopher Depew
3:20-cr-13(S1)-BJD-PDB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **LIFE**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, you must submit to random drug testing not to exceed two tests per week.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO245B (Rev. 09/19) Judgment in a Criminal Case