# EXHIBIT G



**U.S. Department of Justice**
Federal Bureau of Prisons

# Change Notice

**DIRECTIVE AFFECTED:** 7300.09
**CHANGE NOTICE NUMBER:** 02
**DATE:** 5/19/99

1. **PURPOSE AND SCOPE.** To add sections on the Cost of Incarceration Fee, Sexual Abuse/Assault Prevention and Intervention, and Volunteer Use in Community-Based Programs as well as to add the Tracking Juvenile Designations form to Chapter 5 of the Community Corrections Manual and to make a variety of other more minor changes to Chapters 5 and 6 as detailed below.

2. **SUMMARY OF CHANGES IN CHAPTER 5**

   a. In both Chapters 5 and 6, changes have been made in accordance with the Bureau's clear writing initiative. Increased use of BOPNet GroupWise system for making official notifications has also been added throughout this change notice.

   b. In section 5.1, paragraph 6, a designation is not done when requested by the U.S. Marshals Service if the sentence has been completed.

   c. In section 5.1, paragraph 9, during the designation process, prior sentence computations are to be reviewed along with the 129s and Presentence Investigations.

   d. In section 5.1, paragraph 12, if background information has not been completed, the inmate must be designated to at least a LOW security facility.

   e. In section 5.1.2, community corrections staff must obtain a verbal report related to offense conduct and institutional adjustment from a state employee on state inmates being designated for service of a federal sentence.

   f. In sections 5.1.3 and 5.1.4, directions on maintaining documentation regarding voluntary surrenders and appeals were

# CHAPTER 5   CASE MANAGEMENT

5.1   DESIGNATIONS

    5.1.1   Placement of Inmates with Mental Health Issues or Histories of Suicidal Behavior
    5.1.2   Early Designation for Inmates in State Custody
    5.1.3   Voluntary Surrenders
    5.1.4   Appeals
    5.1.5   Records and Documents

5.2   REFERRALS FOR INSTITUTION TRANSFER TO CCC

    5.2.1   Special Cases
    5.2.2   Procedures

5.3   DIRECT PLACEMENT OF OFFENDERS IN CCC

    5.3.1   Probation/Supervised Release
    5.3.2   Parolees/Mandatory Releasees
    5.3.3   Direct Court Commitments
    5.3.4   Community Confinement
    5.3.5   Intermittent Confinement
    5.3.6   CCC Placement as a Release Condition

5.4   CENTRAL INMATE MONITORING SYSTEM

5.5   REPORTING SIGNIFICANT INCIDENTS, EMERGENCIES, AND DEATHS

5.6   ESCAPES

    5.6.1   Definition and Application
    5.6.2   Procedures

5.7   DISCIPLINE/IN-PROGRAM FAILURES

    5.7.1   Community Corrections Center Staff
    5.7.2   Procedures Upon Admission to Center
    5.7.3   Discipline Hearing Officer
    5.7.4   Procedures CCM to Follow After Imposition of Sanctions
    5.7.5   SENTRY Transactions
    5.7.6   Appeals
    5.7.7   Training Plans/Agenda

c. **Referral Log.** Each CCM shall maintain a chronological log of CCC transfer referrals. Records shall be maintained until the next Program or Operational Review. The log must contain at least:

- Offender name and register number.
- Referral institution and date referral was received.
- Name of referral CCC (or 3-digit code) and date of referral to CCC.
- Date of CCC reply.
- Transfer date.
- Date institution notified (via DST waiting list).
- Comment section.

## 5.3. DIRECT PLACEMENT OF OFFENDERS IN CCCs

All direct placements, including supervision and direct court commitments, shall be subjected to the more restrictive Community Corrections Component of the CCC program, unless directed otherwise by judicial recommendation.

### 5.3.1. Probation/Supervised Release

a. Judges may require probationers to reside in or participate in a CCC program as a condition of supervision. If CCMs determine that space is available, they shall authorize CCCs to accept the offenders and the CCM or CCC Director shall notify the USPO.

b. The Bureau pays for probationers and supervised releasees in CCCs only when a court or U.S. Parole Commission order requires it as a condition of supervision; however, expenses for pretrial cases in CCCs, including alleged probation violators who may be required to reside in CCCs as a condition of release from jail, are the responsibility of probation or the pretrial agency.

### 5.3.2. Parole/Mandatory Releasees

The U.S. Parole Commission may require parolees and mandatory releasees to reside in CCCs as a condition of supervision. If the CCM determines space is available, they shall authorize CCCs to accept the offenders and the CCM or CCC Director shall notify the USPO.

### 5.3.3. Direct Court Commitments

Federal judges may recommend that CCCs be designated for inmates to serve short-term sentences (ordinarily less than one year).

```
                                              PS 7300.09
                                              CN-2 5/19/99
                                              Chapter 5, Page 8
```

CCMs shall carry out such a recommendation if they determine that this designation is appropriate. CCMs shall consult with MCAs in all situations of designation of community based facilities for periods exceeding one year. If space is not available or if inmates are inappropriate for designation of CCCs, an appropriate designation shall be made. The sentencing judge shall be notified in writing, with an explanation outlining the reasons for not satisfying the judicial recommendation regarding a specific institution or program as noted in the Program Statement on **Judicial Recommendations and U.S. Attorney Reports**.

### 5.3.4. Community Confinement

**Title 18 U.S.C. § 3563(b) and United States Sentencing Guideline Section 5C1.1,** provide for residence in or participation in the program of a community corrections facility. Inmates who are sentenced to community confinement reside in a CCC in lieu of some portion of the term of commitment required by the Sentencing Guidelines. The judgment should specify "Community Confinement." The CCC referral package should contain the same information as specified in the referral package for Public Law placements.

### 5.3.5. Intermittent Confinement

Offenders sentenced to Intermittent Confinement remain in Bureau custody during nights, weekends, or other time periods, in lieu of some portion of the term of commitment required by the Sentencing Guidelines. This condition of probation is authorized in **Title 18 U.S.C. § 3563(b) and United States Sentencing Guideline Section 5C1.1.** Usually, it is served in jail. If no jail or institution is available, a CCC may be designated with the court's approval or upon the court's recommendation. These commitments shall be handled like direct court commitments; the USMS must request designation for an Intermittent Confinement commitment after they receive the Judgment in a Criminal Case specifying commitment to the Bureau. These commitments are subject to the same discipline, escape, and sentence computation procedures (see the **Sentence Computation Manual** for rules on awarding jail credit) as other Bureau inmates during the period of Intermittent Confinement. They are probationers during other times. If a CCC is designated, these cases are subject to the provisions of the Community Corrections Component. These offenders should be treated as inmates to the greatest extent possible. In the event of a serious disciplinary infraction the sentencing court should be notified.