# EXHIBIT I

03.28.2023

# Durbin Discusses BOP Staffing Crisis with National President of the Council of Prison Locals

WASHINGTON – U.S. Senate Majority Whip Dick Durbin (D-IL), Chair of the Senate Judiciary Committee, today met with Shane Fausey, National President of the Council of Prison Locals, to discuss the safety and working conditions of federal Bureau of Prisons (BOP) employees.

During the meeting, Durbin heard from Fausey about how BOP has been slow to fill thousands of vacant positions in correctional facilities, exacerbating the staffing crisis. Without proper staffing, BOP employees, including case managers, teachers, and psychologists, are pulled from their responsibilities to perform standard correctional officer duties. As a result, recidivism reduction programs aimed at preparing adults for successful re-entry as mandated by the *First Step Act* are sidelined.

"Our nation's correctional facilities cannot run properly without adequate staffing. Today, leadership from the Council of Prison Locals and I discussed how the BOP staffing crisis has impacted the employees serving at these facilities. Excessive overtime and overuse of augmentation are making our federal prisons less safe. Teachers and case managers are often pulled away from their duties to attend to correctional officer duties, leaving necessary *First Step Act* programming by the wayside," said Durbin. "BOP must heed our calls to adequately staff their facilities for the sake of employees and adults in custody."

Photos of the meeting are available here.

-30-