**APPENDIX II**

1

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Howard:

My name is Karen Brown, I am Josh's mother. My father was in the US Air Force for 27 years, serving in the Vietnam War. I graduated from Wolfson High School in 1981 then University of Florida in 1985 with a Bachelors in Mathematics and Statistics with honors. I have been with my current employee for 30 years, where I manage initiatives, reporting and projects.

Josh was born on April 20, 1995, his brother Jonathan in 1997. I volunteered every year in their schools, helping out in their classrooms, teaching their Sunshine Math classes, chaperoning field trips, and running the entire Sunshine Math program one year. I was recognized by the school for my commitment. I have also participated in various volunteer programs with my company.

Josh was a very sweet and happy baby and child. He did very well in school and was the top Sunshine Math student most years in elementary school. His second-grade class was so exceptional, his teacher asked to keep the class and teach third grade. She was unfamiliar with third grade math and told me that frequently when she had difficulty explaining she would ask Josh to come up and explain the concepts. He loved math so much he didn't want to wait for high school to learn calculus so I started teaching him some calculus in third grade.

He did extremely well academically in middle school but was extremely shy and had difficulty socializing. He was bullied a good bit in fifth grade and when I told him he need to fight back if someone hit him, his worry was that he would get a referral – he did not want to get in trouble. He also did well academically in high school, in the AP program and National Honor Society. He volunteered at a variety of places, including No More Home Pets and Teachers Supply Depot, for a total of 120 hours. He met his best friend in high school, Chris Austin-Data. They are extremely close and consider each other brothers.

He graduated in 2017 from the University of North Florida with Bachelors in Computing and Information Sciences, and was employed from January 2018 at CSX Transportation as a Software Engineer where he was a solid performer, receiving a big promotion in 2021.

I am aware of the charge against Josh. Josh was a very obedient and good kid and never got into any trouble, in school or home. He always did what you asked, and helped out around the home. He was my father's favorite grandchild because he was so sweet and well behaved when he visited. My family has dinner at my mom's house every Friday, and Josh loved going and spending time with his cousins. When I was five-years old I was hit and blinded in the right eye. In 2001 I had surgery to remove that eye and pretty much sat in a dark room for a week. Josh was my constant companion, sitting in the room with a flashlight, making up stories to keep me company.

My father was in long-term care the last few years of his life. Josh visited him regularly in the facility to keep his spirits up as it was hard being away from the family. He had a friend who was evicted from her home, so Josh paid for a moving truck, helped move her and her family in the rain, picked her up from work every day and drove her home (a 50-minute drive one way), and assisted with the bills until her family was able to get back on their feet. He had a fellow student at UNF whose car broke down and Josh went out of his way to pick him up and give him a ride to school several days a week.

We have two miniature poodles, Frank (11) and Timmy (10), and Josh is so gentle and kind with them. Timmy recently had a spine injury in June and the vet here could not treat him so we had to rush him to UF Animal Hospital in Gainesville. The vet did not think he would survive the drive since he was getting very little oxygen. We purchased oxygen and a regulator, but it leaked the oxygen so the canisters only lasted about 10% of the drive. Josh sat in the back with Timmy watching his breathing the whole drive, and spreading the oxygen out to increase his chances. Timmy survived the drive and spent a week in the hospital. Josh drove to Gainesville to visit him mid-week so Timmy wouldn't feel abandoned. He then arranged for physical therapy in St. Augustine and took him each week, and administered therapy at home several times per day.

Josh's younger brother, Jonathan, required a considerable amount attention as he has a learning disability. I would spend hours each day after school helping him study, complete his homework, and catch up on missed classwork. It was a lot of work to keep Jonathan on task and focused on the project at hand. Josh was always very patient with Jonathan and would help him study, trying different techniques to help him succeed since the normal ways wouldn't always work. He also spent many hours with his younger cousins, tutoring them in math, with no benefit to himself.

I will support Josh in any way I can, including living with me and helping him to get back to being a productive citizen.

Thank you for your time,

/s/ Karen Brown

**2**

Christian Austin-Datta
LT, United States Navy
920 Dallas Ct
Virginia Beach
VA 23464

To Whom It May Concern,

I am Mr. Brown's closest childhood friend.

I grew up in a small town in Ireland and immigrated to Jacksonville FL in 2010. I entered the
American education system in 9th grade when I was 15. I am currently 28 years old. In 2013 I
graduated High school with a 4.3 GPA and decided to enlist in the military immediately after.
I went to basic training in Great Lakes, Illinois, job specific training in Meridian, Mississippi,
and ultimately got stationed with a Helicopter Squadron in Norfolk, VA. Two years later I
applied for an extremely selective commissioning program called STA-21 and was selected.
In 2015 I attended Naval Science Institute in Rhode Island for basic Officer Training and then
was stationed at the University of Florida to obtain my bachelor's degree. In 2018
I graduated and commissioned as an Ensign. I had been selected for the pilot pipeline and
moved to Pensacola, FL to begin flight training. I obtained my wings in January of 2021 and
have been serving as Lieutenant (0-3) in a flight status in Norfolk, VA ever since. So to
summarize, I have spent 10 years thus far in an active duty status. My wife Gabriella and I
have two dogs and a horse.

Mr. Brown is my best friend. We have been extremely close ever since we first met in 9th
grade in 2010. I was nervous to make friends when I immigrated as I had been unrelentingly
bullied during my childhood and Mr. Brown recognized that. We bonded over a video game
called Runescape which we had both played for many years. Throughout 9th – 12th grade, Mr.
Brown and I would help each other with school, eat lunch together and spend almost every
evening with each other after school at each other's houses. We are inseparable. When I made
the decision to enlist in the military instead of going to college with Mr. Brown, he was sad
about it but he understood. During the two years I was in Virginia working, Mr. Brown and I
would hang out remotely via Skype. We would still play the same video games, and spend
hours chatting and laughing together when I had downtime. He would come visit me from
Florida during breaks in his college. He is my most committed friend. When I got selected for
the pilot program and moved back to Florida to attend the University of Florida, Mr. Brown
would drive two hours to visit me every weekend. We would hangout, play video games, and
do all the things that two best friends do. Any opportunity we had to hangout we would make
it work. One of our pastimes that we have is going to an arcade called Dave and Buster's. We
would play some of the arcades together and rack up reward points which we could then cash
in for small rewards. We have done that since 2010 and I still keep the original rewards card
in my wallet to this day. When I moved to Pensacola, FL in 2018, Mr. Brown would still

continue to visit me. It was a five hour drive each way and he would do it twice a month to make sure that we could still see each other. This was insane to me as Mr. Brown never liked driving and yet he was willing to do it for our friendship. Mr. Brown is very special to me.

I am aware of the charges that have been brought against Mr. Brown. No one is more surprised about them than I. In our 13 years of intensely close friendship, there hasn't been a single indication that something of this nature would ever appear.

Mr. Brown is a good person. To me, he is the best kind of person. He is always willing to help others. I came under financial hardship due to lack of frugality while in flight school. Until now I'm not sure he ever shared with anyone that he helped me. He gave me money to help with a loan I had taken which I was unable to pay back. Our childhood dream was to take a vacation together once we had both finished college. My departure from our college plan to go to the military changed our ability to do this, as well as my poor financial decisions. However, after I finished flight school, Mr. Brown surprised me and said he wanted us to take the trip and said he was willing to pay for it so we could go. He put our friendship and feelings above his financial goals and it meant so much to me. If there's one thing I have learned about Mr. Brown it is that he is always there for you if you need him. He has never bailed on anyone or anything. It is why he excels in his career. He is the go-to person if you need assistance and he is always willing to lend a hand or his brain.

Thank you for taking the time to review my correspondence.
Mr. Brown is my best friend and I need him in my life.

Sincerely,


Christian Austin-Datta
Lieutenant
United States Navy

**3**

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Howard:

My name is Anna Husney, and I am a married mother of an adult daughter. I grew up in a large, close-knit military family who still get together every week for dinner at my mother's house. I have a bachelor's degree in finance from the University of Florida and worked in the financial industry for over 15 years. I am responsible for taking care of my mother's health issues, and previously took care of my ailing father before he passed.

Joshua Brown is my nephew. He is my younger sister Karen's son and I have known him his entire life. Joshua has always been a very sweet, honest, and reliable person. His parents have had exceedingly high expectations of him to be the perfect son, which he has tried to be. He is respectful, considerate and treats everyone courteously. If there is one person I could always rely on, it is Josh. I watched him grow from a shy boy into a thoughtful, caring young man. He is one of the most trustworthy and dependable people I know; that is his true character.

My father was a Vietnam Veteran who was exposed to Agent Orange during the war. This caused him to have serious health problems later in his life, which eventually caused him to have kidney failure and required hospital visits, which I would usually take him to. When I asked for help Josh immediately volunteered to meet him and handle it. He was young, just starting college, and had never handled anything like this before, but he jumped into action and took over. He met his grandfather at the hospital, transported him to all his procedures and helped him move from wheelchair to table as needed, which was not an easy task. My father was very relieved and reassured by having his grandson take care of everything for him.

Another time I was having some work done at my house and the contractors gave me an ultimatum: that they could start work on a day I would be out of town or the work would be postponed by several months, I had few options left. But once again Josh volunteered to help, supervising the contractors and watching my dogs and my house. He ended up having to do this for several days as they finished their work, dealing with any problems that arose and contacting me with any questions. He never complained once and asked for nothing in return for the huge favor he did for me. That is the kind of person Josh is.

I would help Josh with any needs he may have, like emotional support, employment assistance and providing him a place to live. I appreciate the court allowing me to speak on his behalf.

Sincerely,
Anna Husney

4

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Howard:

My name is Alyssa Husney, I am a current graduate student at the University of Florida, and the
Communications Specialist for PEAK6 InsurTech, a position I have held for over 2 years. I have
two bachelor's degrees from the University of North Florida, in Political Science and
Communications. I have previously worked for Walt Disney World and the Jacksonville Chamber
of Commerce, and my family has been involved in the local Jewish Community for decades.

I am Joshua Brown's cousin; he is two years younger than me – we grew up alongside each
other, so I know him well. Josh is reliable, trustworthy, and an upstanding person. I have always
known Josh to be generous and helpful, he has always tried to do the right thing and be there
for those who need him. He is funny and smart, and he has always been a math genius, I have
fond memories of him visiting my 1st grade classroom at 4 and outsmarting everyone at math.

When someone needs help and they call Josh he immediately jumps into action, helping
anyone at a moment's notice. My aunt's car broke down at work and no one else could pick her
up, so he left work to try and fix her car and then followed her home to make sure she didn't
break down again. We were having work done on our house and had to go out of town, and
Josh stayed at our house while we were gone to monitor the work being done and dealt with
the contractors. When our grandpa was sick and needed to be taken to his dialysis treatment,
Josh jumped to help and made sure our grandpa was cared for and treated with respect.

Josh is always the first person called when help is needed for good reason, there are not many
people who would jump into action as quickly as Josh. He has not always had the easiest time,
he grew up with a brother with severe medical issues and ADHD, which put a lot of pressure on
Josh to be the perfect older sibling. I know he dealt with bullying in school and faced other
hardships. Even with the pressures on him, Josh did the best he could to be a good older
brother and cousin, and just an overall good person. In the future I can support Josh by being
there for him when he needs me, offering any emotional support I can. I can also assist in
finding him steady employment, as well as a place to live.

Thank you for giving me the opportunity to speak on behalf of Joshua Brown. Josh is a good
person, he is trustworthy and honest, and is always trying to be better. I know he will overcome
any difficulties he has faced and still end up helping others, because that's who he is – and I am
lucky to know him.

Sincerely,
Alyssa Husney

**5**

September 25, 2023

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202


Dear Judge Howard:

I am writing this letter in support of Joshua Brown. He is my nephew, my sisters son. I have known Joshua Brown since his birth. I have been close the family. I am aware of the charges of possession of child abuse materials against Joshua Brown, but that is not in keeping with his character as I have known it.

Joshua and my three sons were close growing up and we live near each other in southern Jacksonville. While older than two of my sons, Joshua was always looking out for them and played with them at their level. They often spent the night at each other's houses and spent a lot of playtime together. Even as teenagers and into college they remained close and Joshua displayed exemplary behavior and modelled good ethics for my sons. He was always showing maturity beyond his years. I remember one case in particular where my youngest had fallen and skinned his knees and Josh helped him up and took him into the house to clean him up.

After Joshua graduated college, he was hired by CSX in another department in Technology. He worked in the Integration Service Center, developing services utilized by all branches of Technology. In this context I had many professional interactions with Joshua as did the teams I managed. He was also friendly, helpful and professional in these interactions. He always went above and beyond to make sure the team's needs were met.

I have been married for 33 years to my wife, Jeanne Higgins, and have 3 adult sons. The two older sons have graduated college while my youngest is attending FSCJ. My sons were avid soccer players and I coached youth soccer for over 14 years at the YMCA and Jacksonville Youth Soccer League. Two of my sons are Eagle Scouts and I supported their involvement in Scouting as the Committee Chair of their Troop.

I have been employed at CSX for the past 25 years in the Technology Department. I am currently a Director of Engineering Innovation, investigating new technologies that could provide benefit to the Railroad. I am also on the advisory board for the computer careers programs at both Stanton and Sandalwood High Schools.

I will put my resources and network to use to find Joshua employment and will help support him during a very difficult time.

Sincerely,


Elvis Higgins
Director of Engineering Innovation
CSX

6

September 23, 2023

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202


Dear Judge Howard:

My name is J. Dwayne Hairel. I have lived in Jacksonville, FL for 45 years. I work for
Concentrix Corporation as the Sr. Quality Evaluator. I have worked for this organization, in
different compacities, for the past 34 years. I have been in my current position, on our Humana
Medicare program, for over 12 years.

Personally, I have been married to Sheila S. Hairel, for over 31 years. We have four children
(three boys and a girl) aged 15-23. Sheila is the sister of Karen Brown, Josh's mother.

Josh is my nephew and I have known him since his birth. I have had the pleasure of being a
part of many of his life events. Before I had my own sons, I would take young Josh to local
sports events like baseball, football and hockey. I was very proud of him during his Bar Mitzvah
and how he carried himself when standing in front of the congregation to read the Torah. I
attended his high school graduation and was disappointed when I couldn't attend his college
graduation. I must say that I was very happy when I heard that he had been hired by CSX
Corp, my father's long-time employer. I am appreciative of all that Josh has been able to
accomplish and am honored to have him as one of my nephews.

Josh is a soft-spoken, thoughtful and kind person. He has excelled in his education and
studies. He is trustworthy and self-directed. Josh has been a positive influence on my sons
and his cousins, as one of the oldest, and I trust him when they are with him. He is a hard
worker and has always shown a willingness to help whenever asked. I know that over the past
couple of years Josh has taken on more responsibilities, as his father has transitioned into
building his own business. While his father and mother have been away for months at a time,
Josh has been caring for the family home and his younger brother, who has some special
needs. All of this while maintaining a healthy lifestyle and sustaining a fast paced, stringent job.

I respectfully request that you consider leniency when deliberating Josh's sentence. I firmly
believe that he will not make the same mistakes or unfortunate choices that were made in the
past. Honestly, I feel that Josh would benefit more from rehabilitation and being amongst our
family. Please know that Josh will always have my clear and unfettered support with any
challenges that he may face with his acclimation back into society.

Thank you, your Honor, for allowing me the opportunity to speak on behalf of my nephew Josh
Brown.

Sincerely,
J. Dwayne Hairel
4545 Trevi Drive
Jacksonville FL, 32257

7

September 24, 2023

The Honorable Marcia Morales Howard
United States District Judge
300 N. Hogan Street
Jacksonville, FL 32202

Dear Judge Howard,

My name is Daniel Higgins.  I'm an Executive Director in the Data and Analytics department at one of the
largest financial institutions in the world.

I'm Josh Brown's uncle on his mother's side and have known him since he was born. I have a daughter
close in age to Josh and prior to starting school they were watched by their grandmother together along
with my youngest son. Once they started going to school it was not uncommon for my son to stay over at
Josh's house as well as Josh staying at mine for many weekends.  In addition, my son played for the same
Pop Warner football association that he did. Consequently, I was around Josh a lot.

I was as shocked as anyone when Josh was charged, as I mentioned was around Josh a lot during his
childhood through high school and never witnessed any type of behavior that would lead me to believe
he would break the law. I don't think he ever got in trouble as a child, he was a bright and excellent
student that received high marks, completed college without an issue and immediate found a very good
job right out of College.  And from our conversations was doing well and enjoyed the work he was doing.

In closing I want to repeat that I never once saw anything that would lead me to believe Josh would be
capable of breaking the law in any fashion.  He was the most mature of the 13 grand kids in our
immediate family that are close to one another. He never got into any kind of trouble or made bad
decisions.

Thank you, Your Honor, for allowing me the opportunity to speak on behalf of Josh.

Sincerely,

Daniel Higgins

8

The Honorable Marcia Morales Howard
United States District Court
300 N Hogan St
Jacksonville FL 62202

Dear Judge Howard,

My name is Sheila Hairel. I have lived in Jacksonville, FL for 43 years. I've been married to my
husband, Dwayne, for 31 years. We have four children, Joseph, 23, Jesse, 21, Jacob, 18, and
Sarah, 15. I'm a Strategic Account Specialist at Johnson & Johnson Vision, where I've worked
for 20 years.

Josh Brown's mother, Karen, is my sister therefore I've known Josh his whole life. Josh is a
quiet introvert. He is steadfast and trustworthy. He has always been there when we need him
and provides strength and support to all our family. He cares greatly for his family, especially his
grandmother. Josh was also dearly loved by his grandfather, my father, who passed away a few
years ago. Josh volunteered to take his grandfather to his dialysis and made a point to spend
time with him before he passed.

Josh loves all animals, especially his dogs, Timmy & Frank. One of his dogs was seriously ill
last year and he dropped everything and rushed with his mom to the UF Shands vet clinic in
Gainesville, FL. Josh provided strong emotional support to his mother and took on the
responsibility of taking the Timmy to his physical therapy appointments.

One example of how Josh is there for the family is when I got a flat tire. I couldn't reach my
husband or kids and called Josh. He immediately left work and changed the tire for me. In his
work clothes. He then followed me home to make sure I got home safely on the donut tire. He
never complained once or asked for anything in return, he just wanted to make sure I was safe.

Josh is a high achieving person who has always tried to do the right thing and be the best at
whatever he does. The last few years have been extremely stressful for him, as his parents
moved to Utah for business, and he took over the responsibility and maintenance of a large
house, his brother and their pets. This is in addition to having a demanding job in a high stress
field. Somehow Josh has balanced all of this and turned into a wonderful young man.

I strongly believe Josh would benefit most from the support of his family and that he will not
make the same mistakes that have brought us here. I will 100% support him however he
needs.

Thank you very much for allowing me this time to talk about Josh and our relationship. He is a
great person, and I am proud to have him as my nephew.

Sincerely,

Sheila Hairel
4545 Trevi Drive
Jacksonville FL 32257
904-923-7062