| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| MD/FL 6/13 | **TRANSFER OF JURISDICTION** | 3:22-cr-106-MMH-LLL |
| | FILED 2025 SEP 12 AM 9:52 CLERK U.S. DISTRICT COURT | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua Thomas Brown<br>c/o Cordell Wilson<br>United States Probation Office<br>134 North 200 East, Suite 101<br>St. George, Utah 84770 | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Marcia Morales Howard | |
| | DATES OF SUPERVISED RELEASE: | FROM 06/30/2025 — TO 06/29/2035 |

| OFFENSE | |
|---|---|
| 18 U.S.C §§ 2252(a)(4)(B) and 2252(b)(2) Count One: Possession of Child Pornography | Case: 4:25-cr-00099<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 9/12/2025<br>Description: USA v. Brown |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Utah upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

9/9/25 — *Date*

*/s/ Marcia Morales Howard*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Utah

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/11/2025 — *Effective Date*

United States District Judge